No. 10–8629. SMITH v. COLSON, WARDEN. C. A. 6th Cir. Reported below: 381 Fed. Appx. 547;
No. 10–11031. CANTU v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Reported below: 632 F. 3d 157;

No. 11–5067.  MIDDLEBROOKS *v.* COLSON, WARDEN.  C. A. 6th Cir.  Reported below: 619 F. 3d 526;

- No. 11–6969.  NEWBURY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Reported below: 437 Fed. Appx. 290; and

No. 11–7978.  WOODS *v.* HOLBROOK, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Reported below: 655 F. 3d 886.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Martinez* v. *Ryan, ante,* p. 1.